IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>AMANDA SCHNOOR,<br> WILLIAM PACKER, and<br>CLINT YOUNGER,<br>                Defendants. | 8:21-cr-210<br><br>**ORDER ON MOTION TO DISMISS** |

This matter is before the Court upon the Government's Motion to Dismiss the Forfeiture Allegation of the Superseding Indictment. Filing 168. The Court reviews the record in this case and, being duly advised in the premises, finds that the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The Motion to Dismiss the Forfeiture Allegation, Filing 168, is granted; and

2. The Forfeiture Allegation of the Superseding Indictment, Filing 62, is dismissed.

Dated this 25th day of May, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge